UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-402-H

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

3902 VANTAGE PLACE, LOUISVILLE, KY                                          DEFENDANTS

**MEMORANDUM AND ORDER**

Cecilia Ann Sanders has moved for this Court to set aside prior order of forfeiture in this case. The forfeiture arose because she was convicted in state court of trafficking in marijuana, much of which was apparently grown in her basement.

Ms. Sanders states no valid reasons for setting aside the Court's prior order. The Court agrees with the Plaintiffs' response and otherwise being sufficiently advised;

**IT IS HEREBY ORDERED** that the motion to set aside the judgment is **DENIED.**

Date: November 10, 2008

Copies to:

All Counsel